UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-cv-60367-DIMITROULEAS**

DAVID J. GUZMAN MILA,

    Plaintiff,

v.

BIG STEVE'S DELI LLC and
STEPHEN VALENTI,

    Defendants.

_____/

## ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630 (1962). Pursuant to Rule 41(b), a district court may dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules. Fed. R. Civ. P. 41(b).

Plaintiff filed a Complaint on February 19, 2020. [DE 1]. Defendant Big Steve's Deli, LLC was served on February 28, 2020. [DE 6]. Defendant Stephen Valenti was served on March 4, 2020. [DE 8]. The Clerk entered Default against Defendant Big Steve's Deli, LLC on March 25, 2020 and entered Default against Defendant Stephen Valenti on March 27, 2020. *See* [DE 10, 12]. However, Plaintiff has not yet moved for default judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. On or before **April 20, 2020,** Plaintiff shall either move for default judgment or show cause why it has not done so;

2. Failure to comply with this order may result in immediate dismissal of this action

without prejudice;

3. The Clerk is DIRECTED to mail a copy of this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of April, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record

Big Steve's Deli, LLC
c/o Stephen Valenti, Registered Agent
222 Commercial Boulevard,
Fort Lauderdale, FL 33308

Big Steve's Deli, LLC
c/o Stephen Valenti, Registered Agent
222 Commercial Boulevard,
Lauderdale By The Sea, FL 33334

Stephen Valenti
222 Commercial Boulevard,
Fort Lauderdale, FL 33308

Stephen Valenti
222 Commercial Boulevard,
Lauderdale By The Sea, FL 33334