UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60367-CIV-DIMITROULEAS/SNOW

DAVID J. GUZMAN MILA, an individual,

> Plaintiff,

v.

BIG STEVES DELI, LLC, a Florida corporation,
and STEPHEN VALENTI, an individual,

> Defendants.

_____/

## ORDER SETTING SHOW CAUSE HEARING

THIS CAUSE is before the Court on the Plaintiff's Motion for Order to Show Cause. (ECF No. 38) This Motion was referred to the undersigned United States Magistrate Judge for appropriate disposition or a Report and Recommendation. (ECF No. 39)

On May 18, 2020, Plaintiff obtained a Final Judgment against Defendants in the total amount of $31,490. (ECF No. 22)  On August 3, 2020, this Court entered an Order Adopting Report of Magistrate Judge that awarded an additional $5,037.00 in attorneys' fees and $490.00 in costs. (ECF No. 27)  The Court also ordered that Defendant, Big Steve's Deli LLC and Defendant, Stephen Valenti each complete and submit a Fact Information Sheet (Florida Form 1.977), including all required attachments, within 45 days from the date of the order. Id. Defendants have failed to comply with this Court's Order.  Plaintiff requested that the Court issue an Order to Show Cause Why the Defendants Should not be held in Contempt. Id. On October 9, 2020, this Court entered an Order to Show Cause Why the Defendants failed to file a written Response to Plaintiff's Motion to Show

Cause and why they have not served upon Plaintiff's counsel the Form 1.977 Fact Information Sheets.  (ECF No. 42)

Following the filing of the Motion to Show Cause (ECF No. 38), the judgment debtor/Defendant, Stephen Valenti, again contacted Plaintiff's counsel by phone to acknowledge receipt of the filings in this case, to have a more "civil" conversation, and to attempt to resolve this matter. (ECF No. 45)  The judgment debtor/Defendant then followed-up his call by sending an email to Plaintiff's counsel from the email address: stephenjvalenti@yahoo.com on October 19, 2020. Id.  Plaintiff provided the Motion to Show Cause to his process server, who was able to serve it on the corporate Defendant on October 26, 2020. Id.  Plaintiff's process server attempted to serve the Motion to Show Cause on the individual Defendant, but to no avail. Id.  Plaintiff submitted a copy of the Status Report (ECF No. 45) to the judgment debtor/Defendant, Stephen Valenti, by email as well as by U.S. Mail.  Id.  Accordingly, Plaintiff requested that the Court enter an Order requiring Defendants to appear before the Court to Show Cause after having been on notice of the request. Id.

Having considered the Motion, the Status Report and having reviewed the court file and applicable law, it is hereby,

ORDERED AND ADJUDGED that the Court hereby sets a Show Cause Hearing via Zoom on Friday, November 6, 2020, at 11:00 a.m. This Motion to Show Cause, ECF No. 38, is set for an evidentiary hearing and the parties will be able to present documentary and testimonial evidence.

All counsel, parties or witnesses participating shall provide their names, email addresses and phone numbers to snow@flsd.uscourts.gov no later than November 4, 2020.

The parties shall each provide one email with the requested information for themselves, any witnesses and any clients/parties participating. All exhibits shall be filed on the record no later than November 3, 2020, by 5:00 p.m.  All exhibits must be pre-marked and an Exhibit and Witness List on Form AO 187 shall be filed into the record.

All parties are advised that all forms of equipment or means of photographing, audio- or video- recording, broadcasting or televising are prohibited while the Court is in session or at recess, in accordance with Local Rule 77.1

(1) **Plaintiff shall serve Defendants with a copy of this Order by mail and email.**

(2) If Defendants choose to cooperate with Plaintiff by filling out the Fact Information Sheet (Florida Form 1.977) completely, to Plaintiff's satisfaction, and provides Plaintiff with the form by November 2, 2020, Defendant will be relieved of his responsibility to file a written response to the Motion to Show Cause and their attendance at the hearing.   If Defendants complete and provide the Fact Information Sheet to Plaintiff's satisfaction, Plaintiff shall withdraw his Motion to Show Cause by November 3, 2020.

(3) If Defendants fail to coordinate with counsel and provide a completed Fact

Information Sheet, they shall file, no later than November 3, 2020, at noon,

a written Response to Plaintiff's Motion to Show Cause, ECF No. 38.

(4) If Defendants file a Response and do not coordinate with counsel, Plaintiff

may file a Reply no later than November 3, 2020, at 3:00 p.m.

DONE AND ORDERED at Fort Lauderdale, Florida this 29th day of

October, 2020.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Big Steve's Deli, LLC (Sent via U.S. Mail)

c/o Stephen Valenti, Registered Agent
222 Commercial Boulevard
Fort Lauderdale, Florida 33308

Mr. Stephen Valenti (Sent via U.S. Mail)
222 Commercial Boulevard
Fort Lauderdale, Florida 33308

All Counsel of Record