General Document

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 20-60367-CIV

David J. Guzman MILA

_____
Plaintiff

v.

Big Steve's Deli LLC and

Stephen Valenti

_____
Defendant(s)

FILED BY CBL D.C.

NOV 02 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## Answer
### (TITLE OF DOCUMENT)

I, Stephen Valenti, plaintiff or defendant, in the above styled cause,

I am respectfully requesting that the court reopen this case. Papers were left for me during the initial stage of the corona virus. I was reluctant to even touch them, as I was uncertain of their origin and I suffer from a broncial disorder and AFibs. As with all of the hospitality industry at this time, we are struggling to remain open. This claim is fabricated and without basis. I truely Believed courts where Closed through this stage. It is Absolutely Impossible. & 100% a lie!!!

Please Help! ME

My assets are as follow
1 Mercedes 2009-10 S 550
1 Penny Stock worth 300-3,000 - 10 to $1cent.
1 Building 147-45 182nd Street Jamaica NewYork. 11413

(Rev. 10/2002) General Document

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Certificate of Service**

I _____ , certify that on this date _____ a true copy

of the foregoing document was mailed to: _____

name(s) and address(es)

_____

_____

By: *Stephen J Valenti*

_____        _____
Printed or typed name of Filer                              Signature of Filer

_____        _____
Florida Bar Number                                              E-mail address

_____        _____
Phone Number                                                     Facsimile Number

_____
Street Address

_____
City, State, Zip Code