UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60367-CV-DIMITROULEAS

DAVID J. GUZMAN MILA,
    Plaintiff,

vs.

BIG STEVES DELI LLC,
STEPHEN VALENTI,
    Defendants.
_____/

COURT MINUTES

MAGISTRATE JUDGE: LURANA S. SNOW

DEPUTY CLERK:   Debbie Donovan

ZOOM/ DAR   11:04:50

DATE: 11-6-20   TIME: 11:00am to 11:20am

TYPE OF HEARING: EVIDENTIARY HEARING ON MOTION TO SHOW CAUSE
               (ECF No. 38)

COUNSEL: Brian Howard Pollock, Esq.- (P)-Zoom — present
          Stephen Valenti (Pro Se)-Zoom — present

REMARKS: Hearing held.

Δ - asked that case be reopened because of confusion during pandemic. Court needs fact information sheet info. Court will give Δ opportunity to petition the Court w/in 1 week to reopen case. If petition is denied, this court will order Δ to file the fact info sheet w/in 2 weeks of Order Denying Petition.